UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-80208-Middlebrooks/Brannon

18 U.S.C. § 2422(b)
18 U.S.C. § 1470
18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 1467
18 U.S.C. § 2253
18 U.S.C. § 2428

UNITED STATES OF AMERICA

vs.

ANDREW MELENDEZ GONZALEZ,

Defendant.
_____/

FILED BY _____SP_____ D.C.

Oct 17, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. §§ 2422(b)
### (Enticement of Minor to Engage in Sexual Activity)

Beginning at least as early as June 2018, the exact date being unknown to the Grand Jury, and continuing through on or about August 26, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ANDREW MELENDEZ GONZALEZ,**

using a facility and means of interstate or foreign commerce, knowingly persuaded, induced, enticed, and coerced an individual, Minor Victim 1, who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(b)

## COUNT 2
## 18 U.S.C. §§ 1470
### (Transfer Obscene Material to Minors)

On or about August 1, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ANDREW MELENDEZ GONZALEZ,**

using any facility and means of interstate and foreign commerce, did knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such the other individual had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

## COUNT 3
## 18 U.S.C. §§ 2251(a) and (e)
### (Production of Child Pornography)

On or about August 2, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ANDREW MELENDEZ GONZALEZ,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim 1, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials, that is, a camera, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

2

## COUNT 4
## 18 U.S.C. §§ 2251(a) and (e)
## (Production of Child Pornography)

On or about August 4, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ANDREW MELENDEZ GONZALEZ,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim 1, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials, that is, a camera, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 5
## 18 U.S.C. § 2552(a)(4)(B)
## (Possession of Child Pornography)

On or about August 27, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ANDREW MELENDEZ GONZALEZ,**

did knowingly possess matter, that is, one (1) Black iPhone 7, IMEI# 355331083578120, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

3

## COUNT 6
## 18 U.S.C. §§ 2261A(2)(B)
### (Stalking)

Beginning at least as early as June 2018, the exact date being unknown to the Grand Jury, and continuing through on or about August 26, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ANDREW MELENDEZ GONZALEZ,**

with the intent to harass and intimidate a known person in another country, namely, the Philippines, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and a facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that known person, all in violation of Title 18, United States Code, Sections 2261A(2)(B)

## FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging criminal forfeiture to the United States of America of certain property in which the defendant, **ANDREW MELENDEZ GONZALEZ**, has an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, the following:

    (a)  any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    (b)  any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

4

3. Upon conviction of a violation of Title 18, United States Code, Section 2251 or Section 2552, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a)(2), the following:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of Title 18 of the United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation or any property traceable to such property.

4. Upon conviction of a violation of Title 18, United States Code, Section 1470, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1467, the following:

(a) any obscene material produced, transported, mailed, shipped, or received in violation of chapter 71 of Title 18 of the United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation.

All pursuant to Title 18, United States Code, Section 2428, Title 18, United States Code,

Section 2253(a)(2), Title 18, United States Code, Section 1467, and the procedures outlined at Title 21, United States Code, Section 853.

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ANDREW MELENDEZ GONZALEZ

Defendant. /

CASE NO. 19-cr-80208-Middlebrooks/Brannon

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
___ Miami     ___ Key West
___ FTL    ✓ WPB     ___ FTP

New defendant(s)          Yes ___  No ___
Number of new defendants  ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days        ✓
   II   6 to 10 days       ___
   III  11 to 20 days      ___
   IV   21 to 60 days      ___
   V    61 days and over   ___

   (Check only one)
   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   ✓

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of  Palm Beach County Jail
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___  No ✓

_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY
FL Bar/Court I.D. No. 0648477

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ANDREW MELENDEZ GONZALEZ

Case No: 19-cr-80208-Middlebrooks/Brannon

Count #: 1

Enticement Of A Minor To Engage In Sexual Activity

Title 18, United States Code, Sections 2422(b)

*Max. Penalty: Life Imprisonment (10 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years' up to Life, $5000 Special Assessment, a $100 special Assessment and Restitution

Count #: 2

Transfer Of Obscene Material To Minors

Title 18, United States Code, Sections 1470

*Max. Penalty: 10 Years' Imprisonment, $250,000 fine, Supervised Release of up to 3 Years, a $100 special Assessment and Restitution

Count #: 3-4

Production of Child Pornography

Title 18, United States Code, Sections 2251(a) & (e)

*Max. Penalty: 30 Years' Imprisonment (15 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years' up to Life, $5000 Special Assessment, a $100 special Assessment and Restitution

*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.

Count #: 5

Possession of Child Pornography

Title 18, United States Code, Sections 2252(a)(4)(B) & (b)(2)

\*Max. Penalty:   10 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years up to Life, $5000 Special Assessment, a $100 special Assessment and Restitution

Count #: 6

Stalking

Title 18, United States Code, Sections 2262A(2)(b)a

\*Max. Penalty:   5 Years' Imprisonment, $250,000 fine, Supervised Release of up to 3 Years, a $100 special Assessment and Restitution

  \*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.